## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 22-1003 JWH (MRW) | Date | October 31, 2022 |
|---|---|---|---|
| Title | Alawi v. County of Riverside | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | James Muñoz | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:**    ORDER TO SHOW CAUSE RE: DISMISSAL

　　　1.　　In August 2022, Judge Wilner issued a detailed order screening the amended complaint in this pro se civil rights action.  (Docket # 11.)  The Court's August order dismissed Plaintiff's First Amended Complaint for various procedural and substantive defects.[1]  The order further required Plaintiff to file a Second Amended Complaint or dismiss this action by September 26.

　　　2.　　However, the Court received no further submission from Plaintiff by or after the due date.  Moreover, despite initiating this action in June 2022, Plaintiff has failed to demonstrate that any party should be served with process yet in the litigation.

　　　3.　　The Court could rightly terminate the action today under Federal Rule of Civil Procedure 41.  Nevertheless, in the interests of fairness to a self-represented prisoner, the Court instead ORDERS Plaintiff to show cause as to why the matter should not be dismissed.  Plaintiff may cure this OSC by filing a statement explaining his failure to comply with the Court's previous order and submitting either a voluntary dismissal of the action or an amended complaint.

　　　4.　　Plaintiff's response to this OSC will be due by November 22.

**Failure to comply with the terms of this order may result in a recommendation that the action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Proc. 41(b). Applied Underwriters, Inc. v. Lichtenegger, 913 F.3d 884 (9th Cir. 2019).**

---

[1] The Court previously dismissed the original complaint for a variety of reasons, including the failure to file necessary financial documents or to name any defendant.  (Docket # 4.)